# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARRICK GOLDSTRIKE MINES, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
   and
BULLION MONARCH MINING, INC.,
Real Party in Interest.

No. 79652

FILED

MAY 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment. Having considered the parties' arguments and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; *State ex rel. Dep't of Transp. v. Thompson*, 99 Nev. 358, 662 P.2d 1338 (1983) (observing that this court generally will not consider writ petitions challenging orders denying motions for summary judgment); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-18407

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Parsons Behle & Latimer/Reno
Parsons Behle & Latimer/Salt Lake City
Lewis Roca Rothgerber Christie LLP/Las Vegas
Robison, Sharp, Sullivan & Brust
Eighth District Court Clerk